UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL COTTON,

       Plaintiff,

CASE NO. 1:16-CV-1176

v.

HON. ROBERT J. JONKER

UNITED STATES SUPREME
COURT, et al.,

       Defendants.
_____/

# ORDER APPROVING MAGISTRATE'S
# REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 7, 2017 (ECF No. 6). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 6) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED**.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.


Date:   May 2, 2017                   /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                          CHIEF UNITED STATES DISTRICT JUDGE